**Appeal Dismissed and Memorandum Opinion filed February 25, 2020.**



**In The**

# Fourteenth Court of Appeals

## NO. 14-19-00903-CV

### MARVIN ROHLING D/B/A TARGET MARKET MEDIA GROUP AND D/B/A BOTTOM LINE SIGNS, Appellant

**V.**

### LONE STAR SANDWICH, LLC, Appellee

**On Appeal from County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1108956**

## MEMORANDUM OPINION

This is an appeal from a judgment signed September 30, 2019. The notice of appeal was filed November 6, 2019. To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs). *See* Tex. Gov't Code § 51.207 (appellate fees and costs).

On January 14, 2020, this court ordered appellant to pay the appellate filing fee on or before January 24, 2020, or the appeal would be dismissed. Appellant has not paid the appellate filing fee or otherwise responded to the court's order. Accordingly, the appeal is ordered dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices Zimmerer, Spain, and Hassan.